**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**NIYA LEWIS,**

    Plaintiff,

v.                                                    Case No.:

**BANKERS WARRANTY GROUP**
**D/B/A CENTRICITY,**

    Defendant.

_____/

**DEFENDANT'S NOTICE OF REMOVAL**

Defendant Bankers Warranty Group, LLC d/b/a Centricity ("Defendant"), by and through its undersigned attorneys, pursuant to 28 U.S.C. §§1331, 1441(a), and 1446, hereby removes this action, based on federal question jurisdiction, from the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division, and in support of such removal states:

1. Defendant is the only named Defendant in the civil action filed in the Circuit Court, Sixth Judicial Circuit, in and for Pinellas County, Florida, Case No. 23-009358-CI, on December 6, 2023, titled *Niya Lewis v. Bankers Warranty Group D/B/A Centricity*, (the "State Court Action").

2. Plaintiff's two-count State Court Action Complaint alleges one count of violation of Title VII of the Civil Rights Act of 1964 ("Title VII") (Count I) and one count of violation of the Florida Civil Rights Act of 1992 ("FCRA") (Count II).

3. Because Plaintiff is asserting a claim under Title VII – a federal statute – this action is subject to removal based on federal question jurisdiction pursuant to 28 U.S.C. §1331.

4. Additionally, this Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367, which dictates that this Court shall have "supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution."

5. No reason exists under 28 U.S.C. § 1367(c) that Plaintiff's claim under state law should not be adjudicated in this Court. First, Plaintiff's state claim raises no novel or complex issue of state law. Second, Plaintiff's state claim does not substantially predominate over the federal claim, over which this Court has jurisdiction. Third, the federal claim, over which this Court has jurisdiction, has not been dismissed. And fourth, there are no exceptional circumstances that warrant declining jurisdiction over the state claim.

6. The events alleged by Plaintiff giving rise to her claims allegedly occurred in Pinellas County, Florida. (Pl's Complaint at ¶13). Thus, venue properly lies in the United States District Court for the Middle District of Florida, Tampa Division.

7. Defendant was served with the Summons and Complaint in the State Court Action on April 2, 2024. This removal petition is therefore timely as it is filed within thirty (30) days after receipt of the Summons and Complaint. *See* 28 U.S.C. § 1446(b).

8. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served on Defendant are attached hereto as composite *Exhibit A*.

9. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice will be served on Plaintiff and a copy of this Notice will also be filed concurrently with the Clerk of the Circuit Court, Sixth Judicial Circuit, Pinellas County, Florida, a copy of which is attached hereto as *Exhibit B.*

10.   Therefore, removal is appropriate pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.

WHEREFORE, on the foregoing basis, Defendant respectfully submits that removal of this action to this Court is proper, just and appropriate.

Respectfully submitted this 22nd day of April, 2024.

**FORDHARRISON LLP**

By:   */s/ Todd S. Aidman*_____
Todd S. Aidman
Florida Bar No. 0173029
taidman@fordharrison.com
Jesica P. Fico
Florida Bar No. 1049243
jfico@fordharrison.com
401 E. Jackson Street, Suite 2500
Tampa, FL 33602
Telephone: (813) 261-7800
Facsimile: (813-261-7899
***Attorneys for Defendant***

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that on April 22, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I will send a copy via electronic mail to the following:

Christiane L. Nolton
christiane@squiresryan.com
**Squires & Ryan, PLLC**
100 South Ashley Drive
Suite 600
Tampa, FL 33602

                 */s/ Todd S. Aidman*_____
                 Todd S. Aidman