IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIRCUIT/CIVIL

**NIYA LEWIS,**

    Plaintiff,

v.     Case No.: 23-009358-CI

**BANKERS WARRANTY GROUP D/B/A CENTRICITY,**

    Defendant.

_____/

**DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL**

Defendant Bankers Warranty Group, d/b/a Centricity, ("Defendant"), pursuant to 28 U.S.C. §1446(d), hereby gives notice in the above-captioned action that on April 22, 2024, Defendants filed a Notice of removal in the United States District Court for the Middle District of Florida, Tampa Division, which was served on Plaintiff's counsel on the same date. A copy of the Notice of Removal is attached hereto as *Exhibit A*.

Dated this 22nd day of April, 2024.

                    **FORDHARRISON LLP**

                    By:    */s/ Todd S.Aidman*
                            Todd S. Aidman
                            Florida Bar No. 0173029
                            taidman@fordharrison.com
                            Jesica P. Fico
                            Florida Bar No. 1049243
                            jfico@fordharrison.com
                            401 E. Jackson Street, Suite 2500
                            Tampa, FL 33602
                            Telephone: (813) 261-7800
                            ***Attorneys for Defendant***

EXHIBIT B

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 22, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which I will send a copy via electronic mail to the following:

Christiane L. Nolton
christiane@squiresryan.com
**Squires & Ryan, PLLC**
100 South Ashley Drive
Suite 600
Tampa, FL 33602

/s/ *Todd S.Aidman*
Attorney